UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 25-cv-80969-MATTHEWMAN**

FILED BY _____ D.C.
AUG 3 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

LEONARDO CRESPO,
Plaintiff,
v.
PALM BEACH STATE COLLEGE DISTRICT BOARD OF TRUSTEES;
ERIN SULLIVAN; DR. DESTINY KEEN; JYRECE MCCLENDON;
and SHEILA E. SCOTT-LUBIN,
Defendants.
_____/

**PLAINTIFF'S MOTION FOR CASE REASSIGNMENT**

Plaintiff, Leonardo Crespo, proceeding *pro se*, respectfully files this Motion for Case Reassignment pursuant to the Court's "Order Regarding Magistrate Judge Jurisdiction" entered on August 5, 2025 (Doc. 4).

Pursuant to the right granted in the Court's Order, Plaintiff hereby opts out of the jurisdiction of the assigned United States Magistrate Judge for the purposes of presiding over trial, entering any dispositive orders, and entering a final judgment in this matter.

WHEREFORE, Plaintiff Leonardo Crespo respectfully requests that this case be reassigned to a United States District Judge for all further proceedings.

Respectfully submitted,

*/s/ Leonardo Crespo*
Leonardo Crespo, Plaintiff, Pro Se

1128 Crystal Drive, Palm Beach Gardens, FL 33418

1

leo@leocrespo.com 725-225-6889

Dated: August 13, 2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August, 2025, a true and correct copy of the foregoing will be furnished by U.S. Mail to all counsel of record for the Defendants upon their appearance in this action.

*/s/ Leonardo Crespo*
Leonardo Crespo